IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:09CR3018 |
| MARTIN HERNANDEZ-HERNANDEZ, | ) ) ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing, filing 32, from October 21, 2009, for approximately one week. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's sentencing hearing shall be continued until the 27th day of October, 2009, at 4:30 p.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by continuing Defendant's sentencing hearing.

Dated October 20, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge